UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,

- against -

ANTOINETTE HODGSON, a/k/a "Dina,"

Defendant.

------------------------------------X

10 Cr. 818-1 (RWS)

OPINION

**Sweet, D.J.**

The Government's two proposed Orders of Vacatur, Preliminary Order of Forfeiture as to Specific Property, Stipulation and Order of Settlement, and Final Order of Foreiture having been ordered on June 7, 2011, the Petition for a Hearing to Adjudicate the Validity of the Claims of Gary S. and Adrienne S. Goodman Against Antoinette Hodgson, filed June 3, 2011, is herby dismissed as moot.

It is so ordered.

**New York, NY**
**June 21, 2011**

_____
ROBERT W. SWEET
U.S.D.J.